# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | ED CV 10-2016-DOC(Ex) | Date February 4, 2011 |
| Title | PAUL NAVARRO -V- AURORA LOAN SERVICES, ET AL | |

| Present: The Honorable | DAVID O. CARTER | | |
|---|---|---|---|
| Kathy Peterson | NONE PRESENT | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| NONE | | NONE |

Proceedings:    (In Chambers)    ORDER TO SHOW CAUSE RE DISMISSAL RETURNABLE FEBRUARY 22, 2011

     Counsel are hereby ordered to show cause in writing no later than **February 22, 2011**, why this case should not be dismissed for lack of prosecution as to defendant Quality Loan Service Corporation. No oral argument of this matter will be heard unless ordered by the Court. The Order to Show Cause will stand submitted upon filing of a response.

     Counsel is advised that the Court will consider the filing of:

     X     Answer by defendant Quality Loan Service Corporation

on or before the date upon which the response is due.

     The Clerk shall serve this minute order on counsel for all parties in this action.

     : 0

Initials of Preparer   kp