JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NAVARRO,<br><br>    **Plaintiff(s),**<br><br>    v.<br><br>AURORA LOAN SERVICES, LLC.,<br>ET AL.<br><br>    **Defendant(s).** | CASE NO. EDCV 10-02016-DOC(Ex)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on February 4, 2011, which was returnable by February 24, 2011. To date there has been no response to the Order to Show Cause and/or no Answer filed.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: April 11, 2011

_____
DAVID O. CARTER
United States District Judge